# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

KEITH JELKS

_____/

SEALED
CASE NO.:

1:17CR14 MW/GRJ

## MOTION REQUESTING AN ORDER SEALING THE INDICTMENT

The United States of America requests this Court to issue an Order sealing the Indictment filed by the United States in this case, and in support of this Motion states as follows:

1.  The Defendant has not been arrested as a result of the activities alleged in the Indictment. Public revelation of the Indictment could severely hamper the ongoing investigation.

2.  The United States moves that the Indictment in this case shall remain **sealed** until further written Order of this Court, except that the Clerk's Office shall provide two certified copies of the Indictment to the United States Attorney for the Northern District of Florida, two certified copies to the United States Marshal for the Northern District of Florida, and one certified copy to the United States Probation Office for the Northern District of Florida.

Filed 06/27/17 USDC FLN 1PM0150

1

WHEREFORE, in order to arrest the Defendant before the Indictment is made available to the public, it is respectfully requested that the Court order the sealing of the Indictment filed in this case.

> Respectfully submitted,
>
> CHRISTOPHER P. CANOVA
> United States Attorney
>
> *[signature]*
>
> JASON S. BEATON
> Assistant United States Attorney
> Florida Bar # 0040652
> 401 SE First Avenue, Suite 211
> Gainesville, Florida 32601
> Telephone: (352) 378-0996
> Facsimile: (352) 337-2653
> Email: Jason.Beaton@usdoj.gov

## ORDER

The Government's Motion is granted.

DONE AND ORDERED this **27** day of June, 2017.

*[signature]*
GARY R. JONES
United States Magistrate Judge