# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.                        Case Nos.: 1:17cr14-MW/GRJ
                                          1:19cv321-MW/GRJ

**KEITH JELKS,**

    *Defendant.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 110. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation, ECF No. 110, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating "Defendant Jelk's amended 'Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a person in Federal Custody,' ECF No. 83, is **DENIED**. A certificate of appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on July 14, 2021.**

                                               s/Mark E. Walker      
                                               **Chief United States District Judge**